**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**DANNY LEE HOOPER,**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #107609**

v.　　　　　　　　**CASE NO. 2:12CV00047 BSM/JTR**

**CORIZON, INC., et al.**　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants Gordon, Hughes, and Corizon be DISMISSED, WITHOUT PREJUDICE, because plaintiff has failed to state a claim against them.

2. Plaintiff be given 90 days to file an amended complaint containing the names of and the service addresses for the Doe defendants.

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

Dated this 11th day of June 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE