**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DANNY LEE HOOPER,
ADC #107609                                                                                          PLAINTIFF

V.                                       2:12CV00047 BSM/JTR

JOHN DOES, unknown
Medical Providers; and
DR. ROLAND ANDERSON,
Regional Medical Director                                                                    DEFENDANTS

**ORDER**

On August 28, 2012, the Court entered an Order directing service on Defendant Anderson at his last known private mailing address. *See* docket entries #13. On October 1, 2012, the Court entered an Order explaining that service on Defendant Anderson at that private address was returned undeliverable. *See* docket entry #15. Accordingly, the Court gave Plaintiff thirty days to provide a service address for Defendant Anderson. *Id.*

Plaintiff has recently filed a Motion to asking the Court to "set aside" the August 28, 2012 and October 1, 2012 Orders. *See* docket entry #16. Although it is unclear, it appears that Plaintiff is actually seeking an extension, until December 13, 2012, to provide Defendant Anderson's service address because that is the date that he is required to file an Amended Complaint containing the full names of and service

addresses for the John Doe Defendants. *See* docket entry #11.

This case has been pending since March 16, 2012. Thus, Plaintiff had until July 16, 2012 to serve *each* of the Defendants. *See* Fed. R. Civ. P. 4(m) (providing that a court may dismiss Defendants who are not served within 120 days of filing the complaint); *Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993) (explaining that it is the prisoner's responsibility to provide the court with proper service addresses for each of the defendants in a § 1983 action). Nevertheless, the Court granted Plaintiff an extension until October 31, 2012 (which is 229 days from the filing of the Complaint) to provide a valid service address for Defendant Anderson. Similarly, the Court granted Plaintiff an extension until December 13, 2012 (which is 272 days from the filing of the Complaint) to provide the names of and service addresses for the John Doe Defendants. The Court sees no valid reason to grant any further extensions.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion to Set Aside Order (docket entry #16) is DENIED.

Dated this  5th  day of November, 2012.

                                                              _____
                                                              UNITED STATES MAGISTRATE JUDGE